Name _Benjamin Davis_

Prison Number _152106_

Place of confinement _Anch Jail_

Mailing address _1400 E 4th ave_

City, State, Zip _Anch AK 99501_

Telephone _N/A_

RECEIVED

SEP 1 9 2023

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

_Benjamin Davis_ ,

(Enter full name of plaintiff in this action)

Plaintiff,

vs.

_Dept of Corrections_ ,
_Superintendant Hermandez_
_Et, al_ ,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _3:23-cv-00220-SLG_
(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of _Benjamin Davis_
(print your name)

who presently resides at _1400 E 4th Anch AK_ ,
(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, *Superintendant Hernandez* is a citizen of
*AK* , and is employed as a *superintendant Anch Vail* .
(state)                                         (defendant's government position/title)

_X__This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, *Officer Hill* is a citizen of
*AK* , and is employed as a *CO-II Anch Jail*
(state)                                         (defendant's government position/title)

_X__This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
_____, and is employed as a_____.
(state)                                         (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

Claim 1: On or about ___9/1/23_____, my civil right to
(Date)

Cruel and Unusual Punishment_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by ___Superintendant Hernandez_____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

9-1-23

He is directly involved because he is the superintendant of the anchorage Jail Complex East and West sides at 1300 and 1400 E. 4th ave. Arch, AK. While being being wrongfully being housed in segregation as an Ad Seg? for protective custody where no one has any disciplinary write up so we are lockup for 23 hrs a day with no TV or getting out of your cells. also i am a 75 yr old man on a wheelchair and sometimes I lose control of my bowels and officer Hill has made me sit in soiled clothes for up to six hours with no shower or clean clothes.

Claim 2: On or about _9/1/23_, my civil right to
(Date)
_Cruel and Unusual Punishment, Eighth Amendment_
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _Officer Hill_
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

On 9/1/23 while in my cell & at the Anch
Jail officer Hill came to my cell while I was
asleep and took my wheelchair and replaced it
with a walker. I sent a REI to medical to get a
Blue card for my wheelchair which they gave me
an order for 365 days. He took away my ADA Cell
and said you dont need one. Then I have a Blue
Card for Extra Bed Roll and I had extra blankets
cause its cold in the cell and he took them and
you cant have extra Bedding. This C.O Hill is
prejudice and racist. On 9/12/23 Mr Klovin a 73 yr
old male in a wheelchair sometimes loose control
of his bowels and officer Hill makes him sit in
poop for up to 6 hrs in soiled clothes without
taking a shower.

Claim 3: On or about _____, my civil right to
(Date)

_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Prisoner § 1983 - 5
PS01, Nov. 2013

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): _Ben Davis_

Defendant(s): _Anch Jail Medical Dept_

Name and location of court: _U. S. District Court_

Docket number: _00203_ Name of judge: _VMK_

Approximate date case was filed: _9/8/23_ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _X_ Still pending

Issues Raised: _Medical Care_

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____Yes _X_ No

If your answer is "Yes," describe each lawsuit on the next page.

Prisoner § 1983 - 6
PS01, Nov. 2013

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

4.  **Are you in imminent danger of serious physical injury?** _____ Yes  _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

Prisoner § 1983 - 7
PS01, Nov. 2013

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ *150,000.00*

2. Punitive damages in the amount of $ *150,000.00*

3. An order requiring defendant(s) to _____

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. ___*X*___ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at _*Anch     AR*_____ on _*9/15/23*____

                (Location)                              (Date)

_*Ben Darol*_____

     (Plaintiff's Signature)

_____     _____

Original Signature of Attorney (if any)              (Date)

_____

_____

_____

Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013

Benjamin Davis 152106
Anchorage Correctional Complex
East
1400 E 4th ave
Anch, AK
99501

United States District Court
c/o Clerks Office
222 w 7th ave
Anchy ak
99501

LEGAL & CONFIDENTIAL

Legal Mail

quadient
FIRST-CLASS MAIL
IMI
$001.59ª
US POSTAGE